JOHN J. BAKERMAN, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

*Railroads — easements — when damage to real property by reason of erection and operation of elevated railroad merely nominal.*

*Bakerman* v. *City of New York*, 186 App. Div. 907, affirmed.

(Argued October 19, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1918, affirming a judgment in favor of plaintiff for nominal damages entered upon a decision of the court on trial at Special Term. The action was for an injunction restraining the maintenance and operation of an elevated railroad in front of plaintiff's premises or in the alternative for damages. The trial court held that the benefit to plaintiff's property by reason of the railroad preponderated over the damage and that, therefore, there could be no more than a nominal award of damages.

*Arthur J. Stern* for appellant.

*William P. Burr,* Corporation Counsel (*John F. O'Brien, William E. C. Mayer* and *Charles V. Nellany* of counsel), for City of New York, respondent.

*Charles L. Woody, Trabue Carswell* and *George D. Yeomans* for New York Municipal Railway Corporation et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.